FILED

09/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0382



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0382

IN RE MATTER OF THE PARENTING OF:

A.H.S., a minor child;

CHAD SENECHAL,

     Petitioner and Appellee,

  and

MAIRA HORTA MOSS,

     Respondant Appellant.

GRANT OF MOTION FOR
EXTENSION OF TIME

Motion for extension of time to file the Appellant's Opening Brief in this matter is **GRANTED.** The Appellant is granted an extension until November 17, 2024, within which to prepare, file and serve the Appellant's Opening Brief.

DATED: September 23, 2024.

BOWEN GREENWOOD
Clerk of the Supreme Court